

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. No. 23-20080 JTF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | 18 U.S.C. § 922(o) |
| ) | 18 U.S.C. § 924(a)(2) |
| JAQUAN L. BRIDGES, ) | |
| ) | |
| Defendant. ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about February 1, 2022, in the Western District of Tennessee, the defendant,

**JAQUAN L. BRIDGES**

did knowingly possess a machinegun, that is, a Glock .40 caliber pistol with an attached conversion device in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

TRUE BILL:

_____
FOREPERSON

DATED: _____

_____
**KEVIN G. RITZ**
**UNITED STATES ATTORNEY**